# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY STOCKER MINA, *et al.*,

    *Plaintiffs*,

v.

CHESTER COUNTY, *et al.*,

    *Defendants*.

CIVIL ACTION
NO. 15-05452

## ORDER

**AND NOW**, this 28th day of July, 2016, it is hereby **ORDERED**:

1. Anthony Stocker Mina's ("Mina") Motion for Recusal (ECF No. 31) is **DENIED**;

2. Mina's Motion for Relief of Judgment (ECF No. 33) is **DENIED**;

3. Mina's Motion for Reconsideration (ECF No. 35) is **DENIED**;

4. Mina's Motion for ECF Access (ECF No. 37) is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1